M. P. No. 78-122. FERGUSON PERFORATING & WIRE CO. *v.* RHODE ISLAND COMMISSION FOR HUMAN RIGHTS. Petition for writ of certiorari is granted. *Saunders & Torress, Albert D. Saunders, Jr.,* for plaintiff-respondent. *Julius C. Michaelson,* Attorney General, *E. Martin Stutchfield,* Special Assistant Attorney General, for defendant-petitioner.

M. P. No. 78-13. GERARD L. BOUDREAU *et al. v.* LEON CAYER, ADMINISTRATOR OF THE ESTATE OF MARIE HONORA CAYER, ALIAS. Petition for writ of certiorari is denied without prejudice as premature, since the Superior Court has not had the opportunity to rule on motions to strike the order for jury trial or to advance this case on the calendar. *Blais, Cunningham, Thayer, Gagnon & Ross, Joseph S. Gendron,* for plaintiffs-respondents, *George F. Treanor,* for defendant-petitioner.

Appeal No. 76-394. ARMAND G. SILVA *d/b/a* MAPLE HILL NURSERY *v.* JOHN J. CLARKE INSURANCE INC. Petition for reargument is denied. *Robert R. Afflick, David G. Lussier,* for plaintiff. *Hanson, Curran & Parks, A. Lauriston Parks,* for defendant.

May 4, 1978.

Appeal No. 78-161. TOWN OF HOPKINTON *v.* CLAYTON J. KEISER. All orders heretofore entered by the Superior Court in this matter are stayed pending further order of this court. *John R. Payne, Jr.,* for plaintiff. *Peter W. Thoms,* Rhode Island Legal Services, Inc., for defendant.